UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT BUTTERWORTH )
)
Plaintiff )
)
)
v. )
)
WESTON RACQUET CLUB, INC. )
And 40 LOVE, INC., )
)

C.A. No. 04-0438

04-10 MEL

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS WESTON RACQUET CLUB AND 40 LOVE, INC.

Pursuant to Local Rule 7.3 of the United States District Court for the District of

Massachusetts, defendants Weston Racquet Club, Inc. and 40 Love, Inc. state that neither of

them has a parent company and that no publicly held company owns 10% or more of the stock of

either of them.

WESTON RACQUET CLUB, INC. AND
40 LOVE, INC.
By their attorneys,

Patrick J. Bannon BBO # BBO #635523
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  0211
(617) 345-7000

March 2, 2004

I hereby certify _____ copy of the above
document was served on the attorney of record
for each other party (and upon each party
appearing pro se) by mail/hand/FAX on this
___ day of March, 20 04