Patrick J. Bannon
pbannon@ghlaw.com

Tel: 617 345 7029
Fax: 617 204 8029


GADSBY HANNAH LLP

March 9, 2004

VIA FIRST CLASS MAIL

Clerk, Civil Action
U.S. District Court
for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

225 Franklin Street
Boston MA 02110

Tel 617 345 7000
Fax 617 345 7050

www.ghlaw.com

RE: <u>Robert Butterworth v. Weston Racquet Club, Inc.</u>
C.A. No. 04-10425-MEL

Dear Sir/Madam:

Pursuant to Local Rule 81.1, enclosed for filing please find certified or attested copies of all records and proceedings and docket entries in the Middlesex Superior Court regarding the above-referenced matter. The Notice of Removal was filed with this Court on March 2, 2004.

Please date stamp the enclosed copy of this letter and return it in the self-addressed stamped envelope.

Thank you for your cooperation.

Sincerely,

Patrick J. Bannon

PJB;dj
Attachment
cc: Richard D. Glovsky, Esq.. (w/encl. via first class mail)
Kristin M. Knuuttila, Esq. (w/encl. via first class mail)

B0353948v1