UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BUTTERWORTH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WESTON RACQUET CLUB, INC. )<br>and 40 LOVE, INC., )<br>)<br>Defendants. )<br> | C.A. No. 1:04-CV-10425 MEL |

NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance for the plaintiff Robert Butterworth in the above-entitled action. Richard D. Glovsky and Jeffrey J. Pyle of this office will continue to represent Mr. Butterworth in this action.

Respectfully Submitted,

_____
Kristin M. Knuuttila, BBO #633828
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Dated: March 11, 2004

CERTIFICATION OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party (by hand) on Mar. 12, 2004