UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BUTTERWORTH, <br><br> Plaintiff, <br><br> v. <br><br> WESTON RACQUET CLUB, INC. <br> and 40 LOVE, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    C.A. No. 1:04-CV-10425 MEL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the plaintiff Robert Butterworth in the above-entitled action.

Respectfully Submitted,

_____
Jeffrey J. Pyle (BBO #647438)
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Dated: March 11, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on Mar. 12, 2004

_____