UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BUTTERWORTH,<br>          Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| WESTON RACQUET CLUB, INC.<br>and 40 LOVE, INC.,<br>          Defendants. | )<br>)<br>)<br>)<br>) |
| WESTON RACQUET CLUB, INC.<br>          Plaintiff-in-Counterclaim, | )<br>)<br>)<br>) |
| v. | )<br>) |
| ROBERT BUTTERWORTH,<br>          Defendant-in-Counterclaim | )<br>)<br>)<br>) |

C.A. No. 1:04-CV-10425 MEL

JOINT MOTION TO CONTINUE
<u>SCHEDULING CONFERENCE</u>

The Parties hereby jointly move the Court to continue the scheduling conference currently set for January 11 at 2:45 p.m. As reasons for requesting this extension, the undersigned represent that counsel for the plaintiff and defendant-in-counterclaim has a serious personal matter to deal with on January 11 and for several days thereafter. The

parties understand that the Court may be willing to reschedule the conference for

February 1 at 2:15 p.m. That time and date is convenient to counsel for both parties.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff, Robert Butterworth<br>By his attorneys, | The Defendants, Weston Racquet Club, Inc.<br>and 40 Love, Inc.<br>By their attorney, |
| /s/ Richard D. Glovsky.<br>Richard D. Glovsky, BBO #195820<br>Joseph L. Edwards, Jr.  BBO #564288<br>Prince, Lobel, Glovsky & Tye LLP<br>585 Commercial Street<br>Boston, MA  02109<br>(617) 456-8000 | /s/ Patrick J. Bannon.<br>Patrick J. Bannon, BBO #635523<br>Gadsby Hannah LLP<br>225 Franklin Street<br>Boston, MA  02110<br>(617) 345-7000 |

Date:   December 9, 2004