UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BUTTERWORTH,<br>      Plaintiff,<br><br>v.<br><br>WESTON RACQUET CLUB, INC.<br>and 40 LOVE, INC.,<br>      Defendants.<br><br>WESTON RACQUET CLUB, INC.<br>      Plaintiff-in-Counterclaim,<br><br>v.<br><br>ROBERT BUTTERWORTH,<br>      Defendant-in-Counterclaim | C.A. No. 1:04-CV-10425 MEL |

NOTICE OF APPEARANCE

Please enter my appearance as co-counsel for Plaintiff/Defendant in Counterclaim, Robert Butterworth. Thank you.

Respectfully submitted,

The Plaintiff, Robert Butterworth
By his attorneys,

/s/ Joseph L. Edwards, Jr.
Richard D. Glovsky, BBO #195820
Joseph L. Edwards, Jr. BBO #564288
PRINCE, LOBEL, GLOVSKY & TYE, LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Date:  December 13, 2004.