UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BUTTERWORTH,<br>     Plaintiff,<br><br>v.<br><br>WESTON RACQUET CLUB, INC.<br>and 40 LOVE, INC.,<br>     Defendants.<br><br>WESTON RACQUET CLUB, INC.,<br>     Plaintiff-in-Counterclaim,<br><br>v.<br><br>ROBERT BUTTERWORTH,<br>     Defendant-in-Counterclaim | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:04-CV-10425 MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE PURSUANT TO R. 3.02 OF THE EXPENSE
AND DELAY REDUCTION PLAN OF THE DISTRICT COURT**

I, Joseph L. Edwards, Jr., herby certify that on December 10, 2004, I served the enclosed motion to amend on Patrick J. Bannon, Esq., counsel for Richard J. Trant, the individual Plaintiff Robert Butterworth seeks to add as a party defendant. The motion will be filed in the District Court for the District of Massachusetts on December 20, 2004.

Respectfully submitted,

The Plaintiff, Robert Butterworth
By his attorneys,

Joseph L. Edwards, Jr.
Richard D. Glovsky, BBO #195820
Joseph L. Edwards, Jr.  BBO #564288
PRINCE, LOBEL, GLOVSKY & TYE, LLP
585 Commercial Street
Boston, MA  02109
(617) 456-8000