UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT BUTTERWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-10425-MEL |
| | ) | |
| WESTON RACQUET CLUB, INC. | ) | |
| and 40 LOVE, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| WESTON RACQUET CLUB, INC. | ) | |
| | ) | |
| Plaintiff-in-Counterclaim, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT BUTTERWORTH, | ) | |
| | ) | |
| Defendant-in-Counterclaim, | ) | |

**ASSENTED TO MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

The defendants, Weston Racquet Club, Inc. and 40 Love, Inc., respectfully move for an

extension of time through and including January 25, 2005 in which to file their opposition to

plaintiff Robert Butterworth's motion to amend the complaint.  As grounds for this motion, the

defendants state as follows:

1.      Plaintiff Butterworth filed a Motion to Amend Complaint and Memorandum of

Reasons on January 4, 2005.  Butterworth's motion seeks to add a new party as a defendant.

2.      Without an extension, the defendants' opposition to the motion would be due on

January 18, 2005.

B0397924v1

3.    The defendants' counsel would benefit from a brief extension of the time within which to file the defendants opposition to the motion, through and including January 25, 2005.

4.    Butterworth's counsel has assented to the extension.

5.    Granting the extension will not delay the progress of the case.  The next scheduled event in the case is an initial scheduling conference on February 3, 2005.

WHEREFORE, the defendants respectfully request that this motion be granted.

Respectfully submitted,

DEFENDANTS
WESTON RACQUET CLUB, INC. and
40 LOVE, INC.

By their attorneys,

/s/ Patrick J. Bannon
Patrick J. Bannon, BBO # 635523
pbannon@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  02110
(617) 345-7000

Assented to:

PLAINTIFF
ROBERT BUTTERWORTH,

By his attorneys,

/s/ Richard D. Glovsky (with permission)
Richard D. Glovsky, BBO # 195820
rdglovsky@plgt.com
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA  02109
(617) 456-8000

Dated:  January 14, 2005

## <u>CERTIFICATE OF SERVICE</u>

      I, Patrick J. Bannon, hereby certify that I served via electronic means, a true and accurate copy of the <u>Assented to Motion for Extension of Time to File Opposition to Plaintiff's Motion to Amend Complaint</u> on all counsel in this action on this <u>14th</u> day of January, 2005.


                By:      <u>/s/ Patrick J. Bannon             </u>
                             Patrick J. Bannon

B0397924v1