UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BUTTERWORTH,<br>    Plaintiff,<br><br>v.<br><br>WESTON RACQUET CLUB, INC., 40 LOVE, INC., and RICHARD J. TRANT,<br>    Defendants.<br><br>WESTON RACQUET CLUB, INC.,<br>    Plaintiff-in-Counterclaim,<br><br>v.<br><br>ROBERT BUTTERWORTH,<br>    Defendant-in-Counterclaim | C.A. No. 1:04-CV-10425 MEL |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

All of the Parties to this action hereby jointly move this Court to modify the Scheduling Order in this case by extending each deadline by ninety (90) days. Currently, depositions are scheduled to be completed by January 13, 2006; Motions for Summary Judgment are to be served on or before April 13, 2006. If granted, all discovery and depositions would be completed on or before April 13, 2006 and Motions for Summary Judgment would be served on or before July 13, 2006.

As reasons for this motion, the Parties state that they would benefit from the additional time to complete written discovery and conduct depositions. Written discovery has been served, although documents have not yet been exchanged. The additional time requested would allow the Parties to complete discovery, narrow any

disputes regarding the scope of discovery, resolve any latent discovery dispute, and conduct all necessary depositions.

Wherefore, the Parties jointly and respectfully request that this Court modify the Scheduling Order by extending all deadlines by ninety (90) days.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff, Robert Butterworth<br>By his attorneys | Defendant and Counterclaimant Weston Racquet Club, Inc. and Defendant 40 Love, Inc. and Richard J. Trant<br>By their attorney, |

Richard D. Glovsky, BBO #195820
Joseph L. Edwards, Jr.  BBO #564288
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA  02109
(617) 456-8000

Patrick J. Bannon, BBO #635523
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  02110
(617) 345-7000

Date:   January 10, 2006