UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT BUTTERWORTH,<br>      Plaintiff,<br>v.<br><br>WESTON RACQUET CLUB, INC., 40<br>LOVE, INC., and RICHARD J. TRANT,<br>      Defendants.<br><br>WESTON RACQUET CLUB, INC.,<br>      Plaintiff-in-Counterclaim,<br>v.<br><br>ROBERT BUTTERWORTH,<br>      Defendant-in-Counterclaim | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:04-CV-10425 MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that as of April 15, 2006, the address of Prince, Lobel, Glovsky & Tye LLP, counsel for Robert Butterworth is:

    100 Cambridge Street
    Suite 2200
    Boston, MA  02114

                             Respectfully submitted,

                             The Plaintiff, Robert Butterworth
                             By his attorneys,

                             /s/ Joseph L. Edwards, Jr._____
                             Richard D. Glovsky, BBO #195820
                             Joseph L. Edwards, Jr.  BBO #564288
                             PRINCE, LOBEL, GLOVSKY & TYE, LLP
                             100 Cambridge Street, Suite 2200
                             Boston, MA  02114
                             (617) 456-8000

Date:   April 21, 2006