UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BUTTERWORTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-10425-MEL |
| | ) |
| WESTON RACQUET CLUB, INC., 40 LOVE, INC., and RICHARD J. TRANT | ) |
| | ) |
| Defendants. | ) |
| | ) |
| WESTON RACQUET CLUB, INC. | ) |
| | ) |
| Plaintiff-in-Counterclaim, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT BUTTERWORTH, | ) |
| | ) |
| Defendant-in-Counterclaim, | ) |

## NOTICE OF CHANGE OF FIRM NAME

**PLEASE TAKE NOTICE THAT** effective June 1, 2006, Gadsby Hannah LLP, counsel to the undersigned party in this matter, merged with and changed its name to McCarter & English, LLP. The firm's address, phone numbers, and fax numbers will remain the same, but the firm name and all attorneys' email addresses have changed. The contact information for counsel is:

Patrick J. Bannon, Esq.
McCarter & English, LLP
225 Franklin Street
Boston, MA 02110
Tel: (617) 345-7000
Fax: (617) 345-7050

B0465830v1

-2-

Email addresses for counsel of record have changed as follows:

Patrick J. Bannon - pbannon@mccarter.com

>Respectfully submitted,
>
>DEFENDANT AND COUNTERCLAIMANT
>WESTON RACQUET CLUB, INC. AND
>DEFENDANTS 40 LOVE, INC. AND
>RICHARD TRANT
>
>By its attorneys,
>
>_____
>Patrick J. Bannon BBO # 635523
>pbannon@mccarter.com
>McCarter & English, LLP
>225 Franklin Street
>Boston, MA 02110
>(617) 345-7000

June 12, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this date, June ___, 2006, a true copy of the foregoing was electronically served upon the counsel of record for the plaintiff:

Richard D. Glovsky, Esq.
Joseph L. Edwards, Jr., Esq.
Prince, Lobel, Glovsky & Tye LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114

/s/_____

-2-

B0465830v1