UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BUTTERWORTH,<br>      Plaintiff,<br><br>v.<br><br>WESTON RACQUET CLUB, INC., 40<br>LOVE, INC., and RICHARD J. TRANT,<br>      Defendants.<br><br>WESTON RACQUET CLUB, INC.,<br>      Plaintiff-in-Counterclaim,<br><br>v.<br><br>ROBERT BUTTERWORTH,<br>      Defendant-in-Counterclaim | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:04-CV-10425 MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ASSENTED TO MOTION TO ENLARGE THE DISCOVERY PERIOD

Plaintiff/Defendant in Counterclaim, Robert Butterworth ("Butterworth"), respectfully moves this Court to enlarge the discovery period by sixty days. If granted, the discovery period would be extended up to and including October 23, 2006. Motions for Summary Judgment would be due on or before January 23, 2007. Defendants/Defendant in Counterclaim have assented to this motion. As reasons for this motion, Butterworth states:

1. Counsel for Butterworth had been spending an extraordinary amount of time attending to his elderly parents. In July 2006, he suddenly and unexpectedly lost his mother.

2. While the parties have exchanged written discovery and documents, there is still discovery yet to be completed, including the taking of depositions.

3. The parties have been engaged in settlement discussions on an ongoing basis.

4. The interests of justice would be served if the parties are afforded the opportunity to complete discovery.

WHEREFORE, Butterworth respectfully requests the Court to grant this motion to enlarge the discovery period.

| | |
|---|---|
| Respectfully submitted, | Assented to, |
| The Plaintiff, Robert Butterworth<br>By his attorneys, | Defendant and Counterclaimant Weston Racquet Club, Inc. and Defendant 40 Love, Inc. and Richard J. Trant<br>By their attorney, |
| /s/ Joseph L. Edwards, Jr.<br>Richard D. Glovsky, BBO #195820<br>Joseph L. Edwards, Jr.  BBO #564288<br>Prince, Lobel, Glovsky & Tye LLP<br>100 Cambridge St., Suite 2200<br>Boston, MA  02114<br>(617) 456-8000 | /s/ Patrick J. Bannon<br>Patrick J. Bannon, BBO #635523<br>McCarter & English, LLP<br>225 Franklin Street<br>Boston, MA  02110<br>(617) 345-7000 |

Date:   August 23, 2006