UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
ROBERT BUTTERWORTH,                 )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )
WESTON RACQUET CLUB, INC., 40       )
LOVE, INC., and RICHARD J. TRANT,   )
    Defendants.                     )
_____)    C.A. No. 1:04-CV-10425 MEL
                                    )
WESTON RACQUET CLUB, INC.,          )
    Plaintiff-in-Counterclaim,      )
                                    )
v.                                  )
                                    )
ROBERT BUTTERWORTH,                 )
    Defendant-in-Counterclaim       )
_____)

## ASSENTED TO MOTION TO ENLARGE THE DISCOVERY PERIOD

Plaintiff/Defendant in Counterclaim, Robert Butterworth ("Butterworth"), respectfully moves this Court to enlarge the discovery period up to and including April 10, 2007, with Motions for Summary Judgment, if any due on or before June 12, 2007. Defendants/Plaintiff in Counterclaim have assented to this motion. As reasons for this motion, Butterworth states:

1. The parties have exchanged written discovery and documents, but there is still discovery yet to be completed, including the taking of depositions.

2. The parties have been engaged in settlement discussions on an ongoing basis.

3. The interests of justice would be served if the parties are afforded the opportunity to complete discovery.

2

WHEREFORE, Plaintiff/Defendant in Counterclaim, with the assent of Defendants/Plaintiff in Counterclaim, respectfully requests the Court to grant this motion to enlarge the discovery period.

| Respectfully submitted, | Assented to, |
|---|---|
| Plaintiff/ Defendant in Counterclaim, Robert Butterworth | Defendant and Counterclaimant Weston Racquet Club, Inc. and Defendant 40 Love, Inc. and Richard J. Trant |
| By his attorneys, | By their attorney, |
| /s/ Joseph L. Edwards, Jr. | /s/ Patrick J. Bannon |
| Richard D. Glovsky, BBO #195820 | Patrick J. Bannon, BBO #635523 |
| Joseph L. Edwards, Jr.  BBO #564288 | McCarter & English, LLP |
| Prince, Lobel, Glovsky & Tye LLP | 225 Franklin Street |
| 100 Cambridge St., Suite 2200 | Boston, MA  02110 |
| Boston, MA  02114 | (617) 345-7000 |
| (617) 456-8000 | |

Date:   January 8, 2007