UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BUTTERWORTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-10425-MEL |
| | ) |
| WESTON RACQUET CLUB, INC., 40 LOVE, INC., and RICHARD J. TRANT | ) |
| | ) |
| Defendants. | ) |
| | ) |
| WESTON RACQUET CLUB, INC. | ) |
| | ) |
| Plaintiff-in-Counterclaim, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT BUTTERWORTH, | ) |
| | ) |
| Defendant-in-Counterclaim, | ) |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE THAT effective February 5, 2007, McCarter & English, LLP, counsel to the undersigned party in this matter, has moved. The new address and contact information for counsel is as follows:

Patrick J. Bannon, BBO # 635523
pbannon@mccarter.com
McCARTER & ENGLISH, LLP
265 Franklin Street
Boston, MA  02110
617 449-6500
617-607-9200

ME1 6182862v.1

-2-

        Respectfully submitted,

        DEFENDANT AND COUNTERCLAIMANT
        WESTON RACQUET CLUB, INC. AND
        DEFENDANTS 40 LOVE, INC. AND
        RICHARD TRANT

        By its attorneys,

        /s/ Patrick J. Bannon
        Patrick J. Bannon BBO # 635523
        pbannon@mccarter.com
        McCarter & English, LLP
        265 Franklin Street
        Boston, MA 02110
        (617) 449-6500

February 26, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this date, February 26, 2007, a true copy of the foregoing was electronically served upon the counsel of record for the plaintiff:

Richard D. Glovsky, Esq.
Joseph L. Edwards, Jr., Esq.
Prince, Lobel, Glovsky & Tye LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114

        /s/ Patrick J. Bannon

ME1 6182862v.1