UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT BUTTERWORTH | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-10425-MEL |
| v. | ) | |
| | ) | |
| WESTON RACQUET CLUB ,INC.,et al | ) | |
| Defendant | ) | |

## ORDER OF REASSIGMENT

LASKER, S.D.J.

I request that this case be reassigned.

    MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

By the Court,

Dated August 13, 2007        /s/ George H. Howarth
Boston, Massachusetts        Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT BUTTERWORTH | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-10425-MEL |
| v. | ) | |
| | ) | |
| WESTON RACQUET CLUB ,INC.,et al | ) | |
| Defendant | ) | |

ORDER OF REASSIGMENT

LASKER, S.D.J.

I request that this case be reassigned.

MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

By the Court,

Dated August 13, 2007     /s/ George H. Howarth
Boston, Massachusetts     Deputy Clerk