FILED
IN CLERKS OFFICE

2007 OCT 16  A 8: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.



McCARTER ENGLISH
ATTORNEYS AT LAW

October 11, 2007

VIA FACSIMILE AND US MAIL

Ms. Lisa Hourihan
Clerk, Courtroom 11
Judge Reginald C. Lindsay
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

**Patrick J. Bannon**
Partner
T. 617.449.6529
F. 617.607.9134
pbannon@mccarter.com

Re:  Butterworth v. Weston Racquet Club, Inc.
     U.S. Dist. Ct. C.A. No. 04-10425-RCL

Dear Ms. Hourihan:

I am writing to report that the parties have reached a settlement of the above-referenced matter. The parties will file a stipulation of dismissal as soon as the settlement papers can be finalized.

If I can provide any additional information, please let me know.

Sincerely,

McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
T. 617.449.6500
F. 617.607.9200
www.mccarter.com

Patrick J. Bannon

PJB/eel

BOSTON

cc:  Joseph L. Edwards, Esq.

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 6833771v.1