UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BUTTERWORTH,<br>    Plaintiff,<br><br>v.<br><br>WESTON RACQUET CLUB, INC., 40<br>LOVE, INC. AND RICHARD J. TRANT,<br>    Defendants. | C.A. No. 1:04-CV-10425 MEL |
| WESTON RACQUET CLUB, INC.,<br>    Plaintiff-in-Counterclaim,<br><br>v.<br><br>ROBERT BUTTERWORTH,<br>    Defendant-in-Counterclaim. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1)(ii), the parties to the above-entitled action, having agreed to a settlement of all claims and counterclaims among them, hereby stipulate that all claims and counterclaims be dismissed with prejudice, with each party bearing its or his own costs and attorney's fees and waving all rights of appeal.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

ME1 6550266v.1

Respectfully submitted,

| | |
|---|---|
| The Plaintiff, Robert Butterworth<br>By his attorneys | Defendant and Counterclaimant Weston<br>Racquet Club, Inc. and Defendant 40 Love, Inc.<br>and Richard J. Trant<br>By their attorney, |

_____              _____
Richard D. Glovsky, BBO #195820         Patrick J. Bannon, Esq. BBO #635523
Joseph L. Edwards, Jr. BBO #564288      McCarter & English, LLP
Prince, Lobel, Glovsky & Tye LLP        265 Franklin Street
100 Cambridge Street, Suite 2200        Boston, MA 02110
Boston, MA 02114                        (617) 449-6500
(617) 456-8000

Date: October 19, 2007

## CERTIFICATE OF SERVICE

I hereby certify that the attached Stipulation of Dismissal With Prejudice was filed through the ECF system on October 25, 2007, and a copy was served electronically to all parties as identified on the Notice of Electronic Filing (NEF) on October 25, 2007.

By:  /s/ Patrick J. Bannon